**Electronically Filed
Supreme Court
SCPW-19-0000448
16-JUL-2019
09:48 AM**

SCPW-19-0000448

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

CHRISTOPHER YOUNG, Petitioner,

vs.

THE HONORABLE HENRY T. NAKAMOTO, Judge of the Circuit Court of the Third Circuit, State of Hawaiʻi, Respondent Judge,

and

POMAIKAI HOLDINGS, INC., dba RE/MAX PROPERTIES; et al., Respondents.

ORIGINAL PROCEEDING
(CIV. NOS. 17-1-0412 and 19-1-0047)

ORDER DENYING "MOTION TO OBJECTION AND REQUEST OF THIS COURT TO RECONSIDER ITS ORDER DENYING PETITIONER'S APPEAL DATED 02-JUL-2019, PURSUANT TO H.R.A.P. 40, REGARDING H.R.C.P. RULE 60(b)(3)"
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Christopher Young's "Motion to Objection and Request of this Court to Reconsider its Order Denying Petitioner's Appeal Dated 02-Jul-2019, Pursuant to H.R.A.P. 40, Regarding H.R.C.P. Rule 60(b)(3)", filed on July 10, 2019 ("motion for reconsideration"), the documents attached thereto and submitted in support thereof, and the record,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, July 16, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson